# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**GEORGE BARTLETT, et al.**                                                                  **PLAINTIFFS**

**VS.**                                      **4:11-CV-00910-BRW**

**FRONTIER GAS SERVICES, LLC, et al.**                                             **DEFENDANTS**

## ORDER

Pending is the parties' Joint Motion and Stipulation for Voluntary Dismissal with Prejudice of all Claims of the Estate of James Contratto (Doc. No. 44).  Earlier, at the request of the parties, I dismissed all other claims in this case and appointed Ms. Louis Contratto as Special Administrator of the Estate of James Contratto.[1]

Accordingly, the parties' motion (Doc. No. 44) is GRANTED, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 17th day of September, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 43.