IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GEORGE BARTLETT,** *et al.* **PLAINTIFFS**

**VS.** **4:11-CV-00910-BRW**

**FRONTIER GAS SERVICES, LLC,** *et al.* **DEFENDANTS**

## ORDER

Pending is the parties' Joint Motion and Stipulation for Voluntary Dismissal with Prejudice as to All Remaining Claims (Doc. No. 46). The parties' Motion is GRANTED, and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 18th day of October, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE